# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**KATHRESIHA LYNETTE SMITH**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:08CR00464-01**

Mary French, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge  2  as alleged in the violation petition filed on  05/18/2009 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | Failure to notify the probation officer at least 10 days prior to any change in residence. | 02/10/2009 |

The court: [ ] revokes  [✔] modifies and  [✔] continues conditions of supervision under the same terms and conditions heretofore ordered on  08/12/2005, and modified on 6/4/2009 as follows: 1) As directed by the probation officer, the defendant shall participate in parenting classes; and 2) The defendant shall complete 15 hours of unpaid community service per week, until gainfully employed or participating in a previously approved education or vocational program .

The defendant is sentenced as provided in page 1 of  1  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charges  1 and 3  are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/04/2009
Date of Imposition of Sentence

Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

6/12/2009
Date